Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
*E. HOME OUTDOORS, Inc.*

Leonard Tachner, Esq. (Bar No. 058436)
ltachner@aol.com
LEONARD TACHNER,
A PROFESSIONAL LAW CORPORATION
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614
Telephone:  (949) 752-8525
Facsimile:   (949) 955-2415

*Attorneys for Defendants,*
*QBAS Co. LTD and QDS INJECTION MOLDING, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. HOME OUTDOORS, Inc., <br><br> Plaintiff, <br> v. <br> QBAS CO. LTD., and QDS INJECTION MOLDING, LLC. <br><br> Defendants. | Case No. SACV 13-00314-CJC(MLGx) <br><br> **[PROPOSED] ORDER ENTERING PARTIES' STIPULATED PROTECTIVE ORDER** |

1  On September 26, 2013, Plaintiff E. Home Outdoors and Defendants QBAS Co. Ltd.
2  and QDS Injection Molding LLC filed a Stipulated Protective Order.
3  THE COURT FINDS THAT THERE IS GOOD CAUSE FOR ENTERING THE
4  STIPULATED PROTECTIVE ORDER AND HEREBY ORDERS THAT:
5  (1)   The Proposed Stipulated Protective Order be entered in the record as an Order
6  of the Court.
7  IT IS SO ORDERED.

Dated: 10-1-2013

By: /s/ VICTOR B. KENTON
Hon. ~~Marc L. Goldman~~ VICTOR B. KENTON
United States District Court Magistrate Judge